# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KELLY ZORAIDA BRANDON,

    Plaintiff(s),

v.                                Case No:  8:05-CV-816-T-30TGW

CITY OF ST. PETERSBURG,

    Defendant(s).
_____/

## **O R D E R**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas Wilson (Dkt. 4). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1) The Report and Recommendation (Dkt. #4) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) The Motion to Proceed In Forma Pauperis (Dkt. #2) is DENIED.

3) This case is DISMISSED pursuant to 28 U.S.C. 1915(e)(2)(B)(I) and (ii).

4) The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 11, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

F:\Docs\2005\05-cv-816.adoption.wpd