UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KELLY ZORAIDA BRANDON,**

    **Plaintiff,**

v.                                        **Case No.  8:05-cv-816-T-30TGW**

**CITY OF ST. PETERSBURG,**

    **Defendant.**

_____/

**ORDER**

    THIS CAUSE comes before the Court upon Plaintiff's "Plea to review court error" (Dkt. # 7).  The Court construes Plaintiff's filing as a motion for reconsideration of the Order denying Plaintiff's motion for leave to proceed *in forma pauperis* (Dkt. # 5).  Plaintiff's case was previously dismissed because Plaintiff failed to pay the appropriate filing fee and the Court determined that she was not entitled to proceed *in forma pauperis* because her Complaint failed to satisfy Rule 8, Fed.R.Civ.P.  However, Plaintiff may file a complaint that satisfies the requirements of Rule 8 in a new action, along with the appropriate filing fee, at any time.

    It is therefore ORDERED AND ADJUDGED that Plaintiff's "Plea to review court error" (Dkt. # 7) is DENIED.

    **DONE** and **ORDERED** in Tampa, Florida on August 4, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-816.mot reconsider.wpd