UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KELLY ZORAIDA BRANDON,

 Plaintiff(s),

v.             Case No:  8:05-CV-816-T-30TGW

CITY OF ST. PETERSBURG,

 Defendant(s).
_____/

**O R D E R**

  **THIS CAUSE** comes before the Court upon Plaintiff's letter dated August 17, 2005. The letter fails to comply with this Court's Local Rule 3.01(f) and fails to request specific relief for the Court to consider.  In addition, this case was closed on July 11, 2005.  It is therefore

  ORDERED AND ADJUDGED that the Plaintiff's letter dated August 17, 2005, is STRICKEN.  The Clerk is directed to return the letter to Plaintiff.

  **DONE** and **ORDERED** in Tampa, Florida on August 23, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

F:\Docs\2005\05-cv-816.adoption.wpd